IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTONIO CURE, JR.**                                                                                           **PLAINTIFF**
**ADC #146594**

v.                                     Case No. 4:22-cv-00987-KGB

**RAY VANCE,** *et al.*                                                                                           **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 3). *Pro se* plaintiff Antonio Cure, Jr. has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommended Disposition in its entirety as this Court's findings in all respects (*Id.*). Mr. Cure's complaint is dismissed without prejudice (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this 2nd day of June, 2025.

_____
Kristine G. Baker
Chief United States District Judge